IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-1-D

| ALICE HARRIS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1), this matter is referred to Magistrate Judge Daniel for a memorandum and recommendation on the parties' motions for judgment on the pleadings.

SO ORDERED. This _18_ day of June 2010.

JAMES C. DEVER III
United States District Judge