# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| ALICE HARRIS,<br>       Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, | ) | **CASE NO. 5:10-CV-1-D** |
| *Commissioner of the Social* | ) | |
| *Security Administration,* | ) | |
|        Defendant. | ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court adopts the Memorandum & Recommendations [D.E. 20]. Plaintiff's motion for judgment on the pleadings [D.E. 12] is DENIED, defendant's motion for judgment on the pleadings [D.E. 14] is GRANTED, and defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, <u>**FEBRUARY 3, 2011**</u> WITH A COPY TO:

Lawrence Wittenberg  (via CM/ECF Notice of Electronic Filing)

Robert K. Crowe  (via CM/ECF Notice of Electronic Filing)

<u>February 3, 2011</u>
Date

Raleigh, North Carolina

DENNIS P. IAVARONE, Clerk
Eastern District of North Carolina

<u>/s/Debby Sawyer</u>
(By) Deputy Clerk